[No. 32214-9-III. Division Three. September 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL SOTO, *Appellant*.

 by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32471-1-III. Division Three. September 3, 2015.]

JAMES W. AASEBY ET AL., *Appellants*, v. WILLIAM VUE ET AL., *Defendants*, J. SCOTT MILLER, *Respondent*.

 by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 71134-2-I. Division One. September 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LEE GARRISON, *Appellant*.

 by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Cox, J.

[No. 71429-5-I. Division One. September 8, 2015.]

BETTY ESTENSON, *Individually and as Personal Representative, Respondent*, v. CATERPILLAR INC., *Appellant*.

 by unpublished opinion per Schindler, J., concurred in by Becker and Lau, JJ.